NUMBERS 13-05-740-CR
AND 13-05-741-CR

 

                                      COURT OF APPEALS

 

                            THIRTEENTH DISTRICT OF TEXAS

 

                              CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

THE
STATE OF TEXAS,                                                                            Appellant,

 

                                                             v.

 

RICHARD ALVAREZ,                                                                                Appellee.

_______________________________________________________

 

                              On appeal from County Court
at Law No. 4

                                          of Hidalgo
County, Texas.

_______________________________________________________

 

                                 MEMORANDUM OPINION

 

                          Before Justices Rodriguez,
Castillo, and Garza

                                    Memorandum Opinion Per Curiam

 

Appellant, THE STATE OF TEXAS, perfected appeals from orders entered by County
Court at Law No. 4 of Hidalgo County, Texas,  in cause numbers CR-139561-D and
CR-162077-D.  Appellant has filed
motions to dismiss the appeals.  In its
motions, appellant requests that these appeals be dismissed.








The Court, having considered the documents
on file and appellant=s motions to dismiss the appeals, is of
the opinion that appellant's motions to dismiss the appeals should be
granted.  Appellant's motions to dismiss
the appeals are granted, and the appeals are hereby DISMISSED.

PER CURIAM

Do not
publish.

Tex. R. App. P. 47.2(b).

 

Memorandum
Opinion delivered and 

filed
this the 15th day of June, 2006.